UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br>    Plaintiff,<br>    v.<br>UNITED STATES OF AMERICA, et al.,<br>    Defendants. | Case No. 17-cv-03666-WHO (PR)<br><br>**ORDER OF TRANSFER** |

The claims plaintiff Gary Dale Barger raises in this civil rights complaint arise from events that occurred in the Eastern and Central Districts. Because most of the events occurred in the Eastern District, the action will be transferred there. Whether the Central District claims remain part of this action is a decision committed to the sound discretion of the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the named defendants reside, in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** July 17, 2017

WILLIAM H. ORRICK
United States District Judge