# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER, also known as Gary Fisher and Sonny Barger<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No.: 1:17-cv-00964-LJO-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE THIS ACTION<br><br>[ECF No. 14] |

Plaintiff Gary Dale Barger is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 4, 2017, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. Duke Energy Trading & Mktg., L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. Id.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on August 4, 2017.

IT IS SO ORDERED.

Dated: **August 7, 2017**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

1